AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Christina Lee Mullen, | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.    0:23-cv-00762-PJG |
| Commissioner of Social Security Administration, | |
| *Defendant* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the decision of the Commissioner is affirmed.

This action was *(check one)*:

■ decided by the Honorable Paige J. Gossett, United States Magistrate Judge presiding, who affirmed the decision of the Commissioner.

Date:    January 8, 2024                                                *CLERK OF COURT*

                                                                        s/L. Baker
                                                                        *Signature of Clerk or Deputy Clerk*